# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LAUREN ELIZABETH HENRY**                                                                 **PLAINTIFF**
**ADC #757043**

VS.                                    No. 4:23-cv-00033-BRW

**DREW COUNTY**
**DETENTION FACILITY,** *et al.*                                                           **DEFENDANTS**

## ORDER

Lauren Elizabeth Henry has not complied with the February 17, 2023 order directing her to file a notice of her current mailing address.[1] The time to do so has expired. Her mail is being returned undeliverable.[2] Thus, this case is dismissed without prejudice due to a lack of prosecution.[3] I certify that an *in forma pauperis* appeal from this order would not be taken in good faith.[4]

IT IS SO ORDERED this 19th day of May, 2023.

                                                    _____BILLY ROY WILSON_____
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. 5.

[2] Docs. 4, 6.

[3] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[4] 28 U.S.C. § 1915(a)(3).