IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAUREN ELIZABETH HENRY**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #757043**

VS.　　　　　　　　　No. 4:23-cv-00033-BRW

**DREW COUNTY**
**DETENTION FACILITY,** *et al.*　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 19th day of May, 2023.

　　　　　　　　　　　　　　　　　　　　BILLY ROY WILSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE